# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

           Plaintiff,

v.

THOMAS ANDERSON,

           Defendant.

Criminal No. 05-094(2) (JRT/FLN)
Civil No. 09-2758 (JRT)

**ORDER**

_____

Francis Magill, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Anderson, #01386-090, FMC- Rochester, PMB 4000, Rochester, MN 55903, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 221]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by October 30, 2009.

DATED: October 7, 2009
at Minneapolis, Minnesota.

                                                                ____ s/John R. Tunheim _____
                                                                  JOHN R. TUNHEIM
                                                          United States District Judge