UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                                                Criminal No. 05-094(2) (JRT/FLN)
                Plaintiff,            Civil No. 09-2758 (JRT)

v.

**ORDER**

THOMAS ANDERSON,

                Defendant.
_____

Francis Magill, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Anderson, #01386-090, FMC- Rochester, PMB 4000, Rochester, MN 55903, *pro se* defendant.

Defendant has filed a motion to possess the presentence report [Docket No. 235].

**IT IS HEREBY ORDERED** that the government shall respond to the said motion by May 5, 2010.

DATED: April 21, 2010
at Minneapolis, Minnesota.                           _____s/ John R. Tunheim_____
                                                                        JOHN R. TUNHEIM
                                                                  United States District Judge