# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-094 (2) (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION** |
| THOMAS ANDERSON, | |
| Defendant. | |

Francis Magill, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Anderson, #01386-090, FMC-Rochester, PMB 4000, Rochester, MN 55903, pro se defendant.

This matter is before the Court on defendant's motion for status of case. The Court is currently working on an order regarding the other pending motions in this case.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the motion for status of case [Docket No. 234] is **DENIED**.

DATED: May 4, 2010
at Minneapolis, Minnesota.

                     _____s/ John R. Tunheim_____
                       JOHN R. TUNHEIM
                   United States District Judge