# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-094 (2) (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| THOMAS ANDERSON, | |
| Defendant. | |

Francis Magill, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Anderson, #01386-090, FMC-Rochester, PMB 4000, Rochester, MN 55903, pro se defendant.

This matter is before the Court on defendant's motion for a copy of court dockets, a motion for extension of time to reply, and a motion to withdraw request.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for copy of court dockets [Docket No. 237] is **GRANTED**. The Clerk of Court is directed to send the defendant a copy of the docket sheet in cases 05-cr-0094 and 09-cv-2758. If the defendant sends in a further request for a docket entry, defendant must pay for that request.

2. Defendant's Motion to withdraw request to possess the PSR [Docket No. 241] is **GRANTED**.

3. Defendant's Motion for time to file reply [Docket No. 240] is **DENIED AS MOOT**.

DATED: May 21, 2010
at Minneapolis, Minnesota.

                    s/ John R. Tunheim
                    JOHN R. TUNHEIM
                    United States District Judge