# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ANDERSON,<br><br>Defendant. | Criminal No. 05-094 (2) (JRT/FLN)<br><br>**ORDER** |

Francis Magill, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Anderson, #01386-090, FMC-Rochester, PMB 4000, Rochester, MN 55903, pro se defendant.

This matter is before the Court on defendant's motion to take leave to amend and/or supplement petitioner's 2255 petition, motion to amend 2255 petition, and motion for leave of court.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to take leave to amend and/or supplement petitioner's 2255 petition [Docket No. 243] is **DENIED.**

2. Defendant's Motion to amend 2255 petition [Docket No. 244] is **DENIED**.

3. Defendant's Motion for leave of Court [Docket No. 246] is **DENIED**.

DATED: August 17, 2010
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                                      United States District Judge